ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com


Attorney for Plaintiff Louis Gomez


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LOUIS GOMEZ, | CASE NO. CV 16-04115-DFM |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING ATTORNEY'S |
| v. | FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | JUSTICE ACT, 28 U.S.C. § 2412(d) |
| Defendant. | |

////

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to

Justice Act in the amount of FIVE-THOUSAND FIVE-HUNDRED SEVENTY-

ONE DOLLARS and 42 CENTS ($5,571.42), subject to the terms of the

Stipulation.

Dated: January 18, 2018

HONORABLE DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

1